NONPRECEDENTIAL DISPOSITION

To be cited only in accordance with Fed. R. App. P. 32.1

# United States Court of Appeals

For the Seventh Circuit
Chicago, Illinois 60604

Submitted August 1, 2007
August 3, 2007

## Before

**Hon.** FRANK H. EASTERBROOK, Chief Judge

**Hon.** JOHN L. COFFEY, Circuit Judge

**Hon.** DANIEL A. MANION, Circuit Judge

**No**. 06-3869

UNITED STATES OF AMERICA,
    *Plaintiff-Appellee,*

**v.**

BOBBY D. WEBSTER,
    *Defendant-Appellant.*

Appeal from the United States District Court for the Western District of Wisconsin.

No. 06 CR 109
John C. Shabaz, *Judge.*

## Order

The judgment of the district court is vacated, and the case is remanded for resentencing in light of *United States v. Luepke*, No. 06-3285 (7th Cir. July 24, 2007). As in *Luepke*, the resentencing must be by a different district judge.